UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEX J. WELSH,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLRED, et al.,<br><br>　　　　　　　Defendants. | Case No.  3:24-cv-00089-ART-CLB<br><br>ORDER |

### I. DISCUSSION

Plaintiff Alex J. Welsh participated in a global mediation conference in an attempt to resolve three separate cases against Nevada Department of Corrections employees. According to the minutes of the proceedings, entered in one of Plaintiff's other cases, the parties reached a global settlement to resolve all three of Plaintiff's cases, including this case.  (Case No. 3:23-cv-00313-MMD-CSD at ECF No. 16).  The Attorney General's Office has filed stipulations for dismissal in Plaintiff's other two cases but not in this case. (Case No. 3:23-cv-00313-MMD-CSD at ECF No. 17; Case No. 3:23-cv-00359-MMD-CSD at ECF No. 38.)   Accordingly, on or before July 17, 2024, the parties shall either file a stipulation to dismiss this case or a notice informing the Court that this case has not been settled.

### II. CONCLUSION

IT IS THEREFORE ORDERED that on or before July 17, 2024, the parties shall either file a stipulation to dismiss this case or a notice informing the Court that this case has not been settled.

IT IS FURTHER ORDERED that the Clerk of Court is directed to add the Nevada Department of Corrections to the docket as an Interested Party and electronically serve a copy of this order, on the Office of the Attorney General of the State of Nevada by adding the Attorney General of the State of Nevada to the interested party on the docket. This does not indicate acceptance of service.

It is further ordered that the Attorney General's Office will advise the Court within 14 days of the date of the entry of this order whether it will enter a limited notice of appearance on behalf of Defendants for the purpose of informing the Court about the settlement status of this case. No defenses or objections, including lack of service, will be waived as a result of the filing of the limited notice of appearance.

DATED THIS  8th  day of July 2024.

_____
UNITED STATES MAGISTRATE JUDGE