# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ALEX J. WELSH,

Plaintiff,

vs.

ALLRED, et al.,

Defendants.

Case No. 3:24-cv-00089-ART-CLB

**ORDER GRANTING**

STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Alex Jerome Welsh, *pro se*, and Interested Party, the Nevada Department of Corrections (NDOC), by and through counsel Aaron D. Ford, Attorney General, and Andrew C. Nelson, Senior Deputy Attorney General, hereby

///

///

///

///

///

///

///

///

///

stipulate and agree that this matter be dismissed with prejudice by Order of this Court, each party to bear their own attorney's fees and costs.

DATED this 9 of July 2024.

By: /s/ Alex Welsh
Alex Jerome Welsh, #1138892
*Plaintiff, pro se*

DATED this 10th of July 2024.

AARON D. FORD
Attorney General

By: /s/Andrew C. Nelson
Andrew C. Nelson (Bar No. 15971)
Senior Deputy Attorney General
*Attorneys for Interested Party, NDOC*

IT IS SO ORDERED.

Anne R. Traum
United States District Judge

DATED: July 12, 2024